UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDON DEDVUKAJ and KATHY
DEDVUKAJ,

       Plaintiffs,

v.                                                                              Case No. 09-11538

ERIC HOLDER, JR., Attorney General;                    Honorable Patrick J. Duggan
JANET NAPOLITANO, Secretary,
Department of Homeland Security;
MICHAEL YATES, Deputy Director U.S.
Citizenship and Immigration Services; W.
RALPH BASHAM, Commissioner of U.S.
Customs and Border Patrol; JOHN P.
TORRES, Asst. Secretary of U.S.
Immigration and Customs Enforcement;
MICK DEDVUKAJ, District Director of
U.S. Citizenship and Immigration Services,
Detroit, Michigan,

       Defendants,

_____/

## **JUDGMENT**

On April 24, 2009, Plaintiffs filed a Complaint for Declaratory and Injunctive

Relief against Defendants, challenging the Department of Homeland Security's charge

against Lindon Dedvukaj, when he first arrived at the United States border in October

2000, of being an alien who falsely represented himself to be a citizen of the United

States for any purpose or benefit under the Immigration and Nationality Act or any other

Federal law or statute pursuant to 8 U.S.C. § 212(a)(6)(C)(ii).  Defendants filed a motion

to dismiss for lack of subject matter jurisdiction, which this Court granted in an Opinion

2

and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' Amended

Complaint is **DISMISSED WITHOUT PREJUDICE**.


DATE: January 21, 2010                    s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Melanie D. Goldberg, Esq.
Derri T. Thomas, AUSA